PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARGARITO CUYUCH SANCHEZ,<br><br>Defendant. | CASE NO. 2:23-cr-0115 TLN<br><br>21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl and Cocaine |

INFORMATION

COUNT ONE: [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl and Cocaine]

The United States Attorney charges: T H A T

MARGARITO CUYUCH SANCHEZ,

defendant herein, beginning on a date unknown, but not later than on or about May 18, 2019, and continuing through at least September 2, 2021, in Sacramento County, State and Eastern District of California, and elsewhere, did conspire and agree with other persons to knowingly and intentionally distribute and to possess with intent to distribute: (a) at least 400 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, popularly known as "fentanyl," a Schedule II Controlled Substance, and (b) a mixture and substance

containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

Dated: April 27, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ David W. Spencer
DAVID W. SPENCER
Assistant United States Attorney

United States v. Cuyuch Sanchez
Penalties for Information

## COUNT 1:

VIOLATION: 21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute and Possess with Intent to Distribute: (a) at least 400 grams of a mixture and substance containing Fentanyl, and (b) cocaine

PENALTIES: Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)